AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19-20032 |
| SUNG YOL KIM | ) |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, SUNG YOL KIM *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- [✓] to appear for court proceedings;
- [✓] if convicted, to surrender to serve a sentence that the court may impose; or
- [ ] to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

- [ ] (1) This is a personal recognizance bond.
- [ ] (2) This is an unsecured bond of $ _____.
- [ ] (3) This is a secured bond of $ 855,000 _____, secured by:
  - [✓] $ 195,000 _____ in cash deposited with the court.
  - [✓] (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*
    Taeun Hong and Sun Hwan Hong (a power of attorney is attached executed by Sun Hwan Hong) agree to forfeit 1549 Bastrop Dr., Carrollton, TX 75010, further described as Lot 13, Block B, Subdivision Elm Wood Trail. Additional properties on addendum
    If this bond is secured by real property, documents to protect the secured interest may be filed of record.
  - [ ] (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: October 30, 2019

_____
Defendant's signature

Taeun Hong
Surety/property owner – printed name

_____ 10/30/19
Surety/property owner – signature and date

Kevin Kim
Surety/property owner – printed name

_____ 10/30/19
Surety/property owner – signature and date

James Yoon
Surety/property owner – printed name

_____ 10/30/19
Surety/property owner – signature and date

DAVID J. WEAVER, CLERK OF COURT

Date: October 30, 2019

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: October 30, 2019

_____
Judge's signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-20032

v.

HON. MARK A. GOLDSMITH

D1-SUNG YOL KIM,

    Defendant.

_____/

## ADDENDUM TO APPEARANCE BOND

<u>Continuation of page 1, 3(b)</u>

Kevin Kim agrees to forfeit 205 Fenwick Dr., Windcrest TX, 78239, further described as Lot: 28, Block: 63, City Windcrest Subd:Conv a/s Code TR#:28

James Yoon and Jeannie Yoon (a power of attorney is attached executed by Jeannie Yoon) agree to forfeit 22182 Clean Brk, Lake Forest, CA 92630-5603, further described as Lot:31 TR#9109 N TR 9109 Blk Lot 31

## SPECIAL POWER OF ATTORNEY

I, SUN HWAN HONG, of 1549 Bastrop Dr., Carrollton, Texas 75010, County of Denton, State of Texas, appoint my wife, Taeun Hong of 1549 Bastrop Dr., Carrollton, Texas 75010, County of Denton, State of Texas, whose signature is as follows:

_____ [*signature of attorney-in-fact*], my true and lawful agent and attorney-in-fact.

**Agent's Powers:**
The attorney-in-fact appointed by this document has the following powers with regard to the following case at United States District Court, Eastern District of Michigan (United States v. Sung Yol "David" Kim); Case Number: 19-cr-20032.

1. Attend any and all hearings or court events or meetings with regard to the surety and/or bond related to the above case and make any relevant statements, acknowledgement, representations, or provide consents with regard to the terms of the bail, bond, surety, quitclaim deeds, and/or stipulations on behalf of myself; and
2. Perform or conduct any and all other acts with regard to the foregoing.

The attorney-in-fact appointed by this document has the power and authority to do and perform every act necessary and proper to be done in the exercise of any of the powers described above, as fully as I might or could do if personally present.

Signed on: October 29, 2019

_____ [*signature of principal*]
SUN HWAN HONG

## ACKNOWLEDGMENT

STATE OF TEXAS           )
COUNTY OF __Denton__     )
                         )

This document was acknowledged before me on __10 / 29 / 2019__ [*date*].

[*Seal*]

_____ [*signature of notary*]
__Boram Lee__ [*typed name*]
Notary Public in and for
the State of Texas
My commission expires __7 / 18 / 2021__ [*date*]

BORAM LEE
Notary ID #131213328
My Commission Expires
July 18, 2021

# SPECIAL POWER OF ATTORNEY

I, Jeanie Lee Yoon, of 22182 CLEAN BROOK, LAKE FOREST, CA 92630, County of Orange, State of California, appoint my husband, James Han Yoon of 22182 CLEAN BROOK, LAKE FOREST, CA 92630, County of Orange, State of California, whose signature is as follows:

_____ [*signature of attorney-in-fact*], my true and lawful agent and attorney-in-fact.

**Agent's Powers:**
The attorney-in-fact appointed by this document has the following powers with regard to the following case at United States District Court, Eastern District of Michigan (United States v. Sung Yol "David" Kim); Case Number: 19-cr-20032.

1. Attend any and all hearings or court events or meetings with regard to the surety and/or bond related to the above case and make any relevant statements or representations with regard to the terms of the bail, bond, surety, and/or most stipulations on behalf of myself; and
2. Perform or conduct any and all other acts with regard to the foregoing.

The attorney-in-fact appointed by this document has the power and authority to do and perform every act necessary and proper to be done in the exercise of any of the powers described above, as fully as I might or could do if personally present.

Signed on: October _12_, 2019

_____ [*signature of principal*]
Jeanie Lee Yoon

## ACKNOWLEDGMENT

STATE OF CALIFORNIA        )
COUNTY OF ORANGE           )
                           )

This document was acknowledged before me on _____ [*date*].

[*Seal*]

_____ [*signature of notary*]

_____ [*typed name*]
Notary Public in and for
the State of California
My commission expires _____ [*date*]

See Attached Certificate

OCT 1 2 2019
[X] Acknowledgment
[ ] Jurat
[ ] Copy Certificate

1 / 1

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of Orange }

On 10·12·19 before me, Alka Chowhan-Patel, Notary Public,
(Here insert name and title of the officer)

personally appeared Jeannie Lee Yoon,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                (Notary Public Seal)

ALKA CHOWHAN-PATEL
NOTARY PUBLIC   CALIFORNIA
COMMISSION # 2260708
ORANGE COUNTY
My Comm. Exp. September 30, 2022

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages ____ Document Date_____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
  _____
       (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865