# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Sung Yol "David" Kim<br>*Defendant* | )<br>)<br>) Case No. 19-20032<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, Sung Yol "David" Kim _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☑ to appear for court proceedings;
☑ if convicted, to surrender to serve a sentence that the court may impose; or
☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☐ (1) This is a personal recognizance bond.
☐ (2) This is an unsecured bond of $ _____.
☑ (3) This is a secured bond of $ seventy-five thousand dollars ($75,000.00), secured by:
    ☑ $ seventy-five thousand dollars ($75,000.00) in cash deposited with the court.
    ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan –*
        *and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

☐ (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

  (1) all owners of the property securing this appearance bond are included on the bond;
  (2) the property is not subject to claims, except as described above; and
  (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

see attachments
_____
*Defendant's signature*

__Jieun Shin_____
*Surety/property owner – printed name*

see attachments
_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

DAVID J. WEAVER, CLERK OF COURT

Date: May 6, 2020

s/ Karri Sandusky
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: May 6, 2020

s/Mark A. Goldsmith
_____
*Judge's signature*

AO 98 (Rev. 12/11) Appearance Bond                                                                                                  Page 2

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

See Attached Certificate

Date: 05-05-2020

MAY 0 5 2020
[ ] Acknowledgment
[✗] Jurat
[ ] Copy Certificate

_____
*Defendant's signature*

Jieun Shin
*Surety/property owner – printed name*                       *Surety/property owner – signature and date*

_____                            _____
*Surety/property owner – printed name*                       *Surety/property owner – signature and date*

_____                            _____
*Surety/property owner – printed name*                       *Surety/property owner – signature and date*

DAVID J. WEAVER, CLERK OF COURT

Date: _____

                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____
                                                              _____
                                                              *Judge's signature*

## Affidavit of Identity by One or Two Credible Witnesses

On this 5th day of MAY 2020 (month/year), under penalties of perjury, I, swear (or affirm) that the person appearing before the undersigned notary public is personally known to me as KIM SUNG YOU (name of person requiring a notarial act); and is the person named in the document requiring notarization; that I believe this person does not possess the required identification; that it would be difficult or impossible for this person to obtain such identification; and that I have no financial interest in and am not a party to the underlying transaction.

Witness: _____
(Signature of Witness)
JAMES YOON
(Printed Name of Witness)

Witness (if utilizing two credible witnesses): _____
(Signature of Second Witness)
Cory Yoon
(Printed Name of Second Witness)

---

State of California
County of Orange

Signed and sworn to (or affirmed) before me this 5th day of May, 2020 (month/year), by James Hem Yoon and Cory Kenneth Yoon
(list one or both witnesses, as applicable)
who produced the following identification.

**One Credible Witness**
(witness **must** be personally known to the notary)
____ Personally Known

**Two Credible Witnesses**
First Witness Type of ID: CA DMV Drivers License
Second Witness Type of ID: CA DMV Drivers License

See Attached Certificate

MAY 0 5 2020

[ ] Acknowledgment
[✓] Jurat
[ ] Copy Certificate

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of May, 20 20 by Kim Sung Yol,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Seal)
Signature

MELLISSA REYNOLDS
Notary Public - California
Orange County
Commission # 2260771
My Comm. Expires Oct 1, 2022

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Appearance
(Title or description of attached document)

Bond
(Title or description of attached document continued)

Number of Pages 2  Document Date 5/5/2020

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

공증인 이 강 남 사무소

[별지 제41호 서식]   부산광역시 연제구 법원남로15번길 26, 3F 위너스빌딩   ☎ 502-3331, 507-3331



Registered No. 2020 - 3065

# NOTARIAL CERTIFICATE



**LEE KANG NAM NOTARY OFFICE**
26, Beobwonnam-ro, 15beon-gil,
Yeonje-gu, Busan, Korea

210mm×297mm (보존용지(1종) 70g/㎡)

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19-20032 |
| Sung Yol "David" Kim | ) |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, Sung Yol "David" Kim _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- [✓] to appear for court proceedings;
- [✓] if convicted, to surrender to serve a sentence that the court may impose; or
- [✓] to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

- [ ] (1) This is a personal recognizance bond.
- [ ] (2) This is an unsecured bond of $ _____.
- [✓] (3) This is a secured bond of $ seventy-five thousand dollars ($75,000.00), secured by:
    - [✓] $ seventy-five thousand dollars ($75,000.00) in cash deposited with the court.
    - [ ] (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)_:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

- [ ] (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond                                                                                                                   Page 2

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*  MAY 6, 2020

__Jieun Shin_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

DAVID J. WEAVER, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*

## 공증인 이 강 남 사무소

[제 42호서식]   부산광역시 연제구 법원남로15번길 26   ☎502-3331, 507-3331

등부 2020 년   제 **3065** 호

인 증

Registered No. 2020 - **3065**

NOTARIAL CERTIFICATE

JIEUN SHIN

위 보석금 신청서 ------------------
에 기재된 신지은 --------------------
-----------------------------------
---------------------------------은
본 공증인의 면전에서 위 사서증서에 자
기가 서명 날인 한 것임을 자인하였다.

personally appeared before me and admitted his(her) subscription to the attached

APPEARANCE BOND ---------
_____
_____

2 0 2 0 년 5 월 6 일

이 사무소에서 위 인증한다.

This is hereby attested on this 6th day of MAY , 2020 at this office.

공증인 이 강 남 사무소
(소속 부산지방검찰청)
부산광역시 연제구 법원남로15번길 26

LEE KANG NAM NOTARY OFFICE
Busan District Public Prosecutor's Office
26, Beobwonnam-ro 15beon-gil
Yeonje-gu, Busan, Korea

공 증 인   이강남 [signature/seal]   Kang Nam Lee
Notary public

KANG NAM, LEE

This office has been authorized by the Minister of Justice, the Republic of Korea to act as Notary Public since 1st day of Jan., 2019 under No. 206.

210㎜×297㎜(보존용지(1종)70g/㎡)